UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MICHAEL RUIZ | CIVIL ACTION |
| VERSUS | NO. 18-11664 |
| STATE OF LOUISIANA, ET AL. | SECTION "J"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Jonathan Michael Ruiz's complaint under 42 U.S.C. § 1983 against the State of Louisiana and Governor Edwards is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(b)(2) and § 1915A(b) as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that Ruiz's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction under 28 U.S.C. § 1367.

New Orleans, Louisiana, this 15th day of April, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE